# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** HSI

**City** Burlington
**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 21-cr-10175-ADB  [✓] Yes  [ ] No

**Defendant Information:**
Defendant Name: Julio Roncaly Morais   Juvenile: [ ] Yes [✓] No
Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [✓] No
Alias Name: _____
Address: Haverhill, MA
Birth date (Yr only): 1982  SSN (last 4#): 7765  Sex: M  Race: W  Nationality: Brazil

**Defense Counsel if known:** Vikas Dhar  Address: Charlestown, MA
Bar Number: _____

**U.S. Attorney Information**
AUSA: James D. Herbert  Bar Number if applicable: _____

**Interpreter:** [ ] Yes [✓] No  List language and/or dialect: _____

**Victims:** [✓] Yes [ ] No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [✓] No

**Matter to be SEALED:** [✓] Yes [ ] No

[✓] Warrant Requested  [ ] Regular Process  [ ] In Custody

**Location Status:** _____

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____.
[ ] Already in State Custody at _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** [✓] Complaint  [ ] Information  [ ] Indictment
**Total # of Counts:** [ ] Petty ___  [ ] Misdemeanor ___  [✓] Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/27/2024  Signature of AUSA: JAMES HERBERT  Digitally signed by JAMES HERBERT  Date: 2024.03.27 09:46:46 -04'00'

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Julio Roncaly Morais

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1341 | Mail Fraud | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2 |
| Set 3 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail Fraud and Wire Fraud | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013